

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2017

No. 04-17-00708-CR

**IN RE** Hector **NUNCIO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On October 26, 2017, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 3, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008CR11284, styled *State of Texas v. Hector Nuncio*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Raymond Angelini presiding.